# MARTIN GEDULDIG

ATTORNEY · AT · LAW

600 OLD COUNTRY ROAD
SUITE 320
GARDEN CITY, NEW YORK 11530

(516)  794-1219
(718)  343-8989
FAX  (516)  228-3559
EMAIL  geduldig@optonline.net

April 7, 2011

Honorable Kiyo A. Matsumoto
United States District Judge
225 Cadman Plaza East
Brooklyn, New York  11201

       Re:  US vs. Joseph DiMarco
       Docket No.: 11 CR 30(KAM)

Dear Judge Matsumoto:

       I am writing to ask for court authorization allowing my client to travel to Scarsdale, Westchester County, on Saturday, April 30, 2011.  Mr. DiMarco's travel area does not include Westchester County.  If permitted to make this trip he would be attending his niece's first communion and a reception later that same day.  He anticipates leaving for the religious service approximately 9:00 a.m. and returning home approximately 8:00 p.m.

       I have spoken with AUSA Allon Lifschitz and pre-trial officer Amina Adossa-Ali and they have no objection to allowing Mr. DiMarco making this trip.

       Thank you for your consideration in this matter.

                 Yours truly,

                 Martin Geduldig

MG/ilr