# MARTIN GEDULDIG

ATTORNEY·AT·LAW

600 OLD COUNTRY ROAD
SUITE 320
GARDEN CITY, NEW YORK 11530

(516) 794-1219
(718) 343-8989
FAX (516) 228-3559
EMAIL geduldig@optonline.net

February 21, 2012

Honorable Kiyo A. Matsumoto
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: US vs. Russo, and Joseph DiMarco et al.
          Docket No.: 11 CR 0030(KAM)

Dear Judge Matsumoto:

    My office represents Joseph DiMarco, the above captioned defendant. I am writing to request travel authorization from the court permitting my client to travel to Westchester County from February 25, 2012 to March 4, 2012. Mr. DiMarco and others are exploring the purchase of a pizza parlor in Yonkers, New York. He hopes to be able to observe the operation of the pizza parlor for the days mentioned. He would return home by 7:00 p.m. every night during this period.

    I have spoken with my client's pre-trial supervisor, Ms. Amina Adossa-Ali, and his prosecutor, AUSA Alon Lifschitz, and they have no objection to this request.

    Thank you for your consideration in this matter.

                                           Yours truly,

                                           Martin Geduldig

MG/jlr
cc: Alon Lifschitz
    Amina Adossa-Ali]
    Pre-Trial