

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AL
F.#2010R00153

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

April 11, 2012

By Email

Mary Ann Betts
Senior U.S. Probation Officer
147 Pierrepont Street
Brooklyn, New York 11201-4201

    Re:  United States v. Joseph DiMarco
         Criminal Docket No. 11-30 (KAM)

Dear Officer Betts:

    The government respectfully submits this letter in response to the defendant's March 20, 2012 objection to the Presentence Investigation Report in the above-captioned case. The defendant asks the Probation Department to apply a two-level reduction to his offense level based on a global disposition, which would result in an adjusted offense level of 8 and an advisory Guidelines range of imprisonment of 0 to 6 months.  The government agrees that this two-level reduction is warranted.

                Respectfully submitted,

                LORETTA E. LYNCH
                United States Attorney

        By:        /s/
                Elizabeth A. Geddes
                Allon Lifshitz
                Assistant U.S. Attorneys
                (718) 254-6430/6164

cc: The Honorable Kiyo A. Matsumoto (by ECF and hand delivery)
    Martin Geduldig, Esq. (by ECF)
    Clerk of Court (KAM) (by ECF)